NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MASIMO CORPORATION,**

*Plaintiff-Appellee*

**v.**

**PHILIPS ELECTRONICS NORTH AMERICA CORPORATION, PHILIPS MEDIZIN SYSTEME BOBLINGEN GMBH,**

*Defendants-Appellants*

---

2025-1366

---

Appeal from the United States District Court for the District of Delaware in No. 1:09-cv-00080-GBW, Judge Gregory Brian Williams.

---

## O R D E R

Upon consideration of the parties' joint stipulation of voluntary dismissal of this appeal pursuant to Federal Rule of Appellate Procedure 42(b), with each side to bear its own costs,

IT IS ORDERED THAT:

(1)  The appeal is dismissed.

2      MASIMO CORPORATION v. PHILIPS ELECTRONICS NORTH
AMERICA CORPORATION

(2) Each side shall bear its own costs.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

February 2, 2026
     Date

ISSUED AS A MANDATE: February 2, 2026